**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/19/19 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JEFFREY A. BAILEY
KIMMI L. BAILEY
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-21010

Chapter 13

Related to Docket No. 106

ORDER OF COURT

AND NOW, this __19th Day of July, 2019__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-21010-GLT
Jeffrey A. Bailey                                                      Chapter 13
Kimmi L. Bailey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 2                Date Rcvd: Jul 19, 2019
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db/jdb         +Jeffrey A. Bailey,    Kimmi L. Bailey,    275 Hatfield Road,    Smock, PA 15480-1039
13814307       +HSBC Bank,    Attention: HSBC Retail Services,    P.O. Box 5264,    Carol Stream, IL 60197-5264
13816580       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13814309       +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
13814308       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13814310       +PNC Bank, N.A.,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13999038       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamsburg, OH 45342-5421
13814311       +PNC Mortgage,    3232 Newark Drive,    Miamisburg, OH 45342-5433
13883155       +PNC Mortgage, a Division of PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2019 03:03:25
                PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 20 2019 03:02:16
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
13814304       +E-mail/Text: ally@ebn.phinsolutions.com Jul 20 2019 02:44:54    Ally Financial,
                3104 Unionville Road,    Cranberry Township, PA 16066-3415
13816576        E-mail/Text: ally@ebn.phinsolutions.com Jul 20 2019 02:44:54
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13818801        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2019 03:03:43
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK 73126-8941
13814305       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 03:02:10    Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
13814306       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 03:02:45
                Capital One Card Services,    P.O. Box 71107,    Charlotte, NC 28272-1107
13814312        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2019 03:02:48
                Portfolio Recovery,    Attn: Bankruptcy,    P.O. Box 41067,    Norfolk, VA 23541
13886711        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2019 03:03:25
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14177205        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2019 03:02:13
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13824913        E-mail/PDF: rmscedi@recoverycorp.com Jul 20 2019 03:02:16
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13884180        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 03:02:46
                WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13814313       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 03:02:10    Worlds Foremost Bank,
                4800 NW 1st Street,    Suite 300,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
cr              PNC Bank, N.A.
cr              PNC Bank, National Association
13883156*      +PNC Mortgage, a Division of PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                    Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: lfin              Page 2 of 2             Date Rcvd: Jul 19, 2019
                              Form ID: pdf900         Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:

```
              David    Neeren      on behalf of Creditor    PNC Bank, N.A. dneeren@rasnj.com
              David    Neeren      on behalf of Creditor    PNC Bank, National Association dneeren@rasnj.com
              James    Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James P. Valecko     on behalf of Creditor    PNC Bank, N.A. jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeffrey S. Golembiewski    on behalf of Plaintiff Jeffrey A. Bailey jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Plaintiff Kimmi L. Bailey jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jerome B. Blank     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com
              Justin P. Schantz    on behalf of Joint Debtor Kimmi L. Bailey jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Justin P. Schantz    on behalf of Debtor Jeffrey A. Bailey jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Keri P. Ebeck    on behalf of Defendant    PNC Bank, National Association kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION swinneg@udren.com,
               cblack@udren.com
                                                                                                TOTAL: 13
```