FILED
9/27/19 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Jeffrey A. Bailey<br>Kimmi L. Bailey<br><br>    Debtor(s) | Case No.: 14-21010 GLT<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>    Vs.<br>Jeffrey A. Bailey<br>Kimmi L. Bailey<br>    Respondent(s) | Related to Docket No. 117 |

## ORDER OF COURT

AND NOW, this __27th Day of September,__ _____, 2019, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before November 25, 2019.

BY THE COURT:

_(signature)_
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey A. Bailey  
Kimmi L. Bailey  
      Debtors

Case No. 14-21010-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: agro        Page 1 of 1        Date Rcvd: Sep 27, 2019  
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.  
db/jdb        +Jeffrey A. Bailey,   Kimmi L. Bailey,   275 Hatfield Road,   Smock, PA 15480-1039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:

          David   Neeren    on behalf of Creditor   PNC Bank, N.A. dneeren@rasnj.com  
          David   Neeren    on behalf of Creditor   PNC Bank, National Association dneeren@rasnj.com  
          James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
          James P. Valecko    on behalf of Creditor   PNC Bank, N.A. jvalecko@weltman.com,  
           PitEcf@weltman.com  
          Jeffrey S. Golembiewski    on behalf of Plaintiff Kimmi L. Bailey jgolembiewski@yahoo.com,  
           denisegole@yahoo.com  
          Jeffrey S. Golembiewski    on behalf of Plaintiff Jeffrey A. Bailey jgolembiewski@yahoo.com,  
           denisegole@yahoo.com  
          Jerome B. Blank    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com  
          Justin P. Schantz    on behalf of Debtor Jeffrey A. Bailey jschantz@my-lawyers.us,  
           colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia  
           no@my-lawyers.us;ekudlock@my-lawyers.us  
          Justin P. Schantz    on behalf of Joint Debtor Kimmi L. Bailey jschantz@my-lawyers.us,  
           colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia  
           no@my-lawyers.us;ekudlock@my-lawyers.us  
          Keri P. Ebeck    on behalf of Defendant   PNC Bank, National Association kebeck@bernsteinlaw.com,  
           jbluemle@bernsteinlaw.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          Stuart P. Winneg    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION swinneg@udren.com,  
           cblack@udren.com  
                                                                                          TOTAL: 13